THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS COLON, Appellant. — Judgment of the Supreme Court,

Kings County (Clemente, J.), rendered October 14, 1982, affirmed (*People v Harris,* 61 NY2d 9; *People v Pellegrino,* 60 NY2d 636; *People v Cates,* 104 AD2d 895; *People v Morse,* 62 NY2d 205). Thompson, J. P., Bracken, Brown and Rubin, JJ., concur.